UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

OPERATING ENGINEERS LOCAL 324
HEALTH CARE PLAN, *et. al.*,

   Plaintiffs,

v.

MID MICHIGAN CRUSHING & RECYCLING
LLC; FENTON SAND & GRAVEL, INC.;
VAUGHN SMITH; AND CAROL SMITH,

   Defendants.
                   /

Case No. 10-12987

Honorable John Corbett O'Meara

### ORDER GRANTING IN PART PLAINTIFFS' DECEMBER 30, 2010 MOTION FOR SUMMARY JUDGMENT

  This matter came before the court on Plaintiffs' December 30, 2010 motion for summary judgment. Defendants filed responses on January 20, 2011; and Plaintiffs filed a reply brief January 27, 2011. Pursuant to Local Rule 71.(e)(2), no oral argument was heard.

  This is a lawsuit for breach of the fringe benefit contribution provisions of a collective bargaining agreement. Defendants concede that contributions are owed to Plaintiffs; the only issue in dispute is the amount due. Therefore, the court will grant Plaintiffs' motion for summary judgment on the issue of liability only.

  It is hereby **ORDERED** that Plaintiffs' December 30, 2010 motion for summary judgment is **GRANTED IN PART** as to the issue of liability only.

                s/John Corbett O'Meara
                United States District Judge

Date: February 17, 2011

  I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 17, 2011, using the ECF system.

                 s/William Barkholz
                 Case Manager